# United States District Court
## Violation Notice

CVB Location Code: CA80

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6746226 | Harrison | 143 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 07/06/19 12:14
Offense Charged: ☒ CFR ☐ USC ☒ State Code: 43 CFR 8341.1(d), CVC 4000a

Place of Offense: Buckboard lane and Old fogie way

Offense Description/Factual Basis for Charge: Vehicle on highway unregistered

**DEFENDANT INFORMATION**

Last Name: MARTIN
First Name: DAVID
M.I.: P

Tag No.: 52866N1
State: CA
Year: 05
Make/Model: Dodge Ram 2500
Color: White

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 50.00 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 80.00 Total Collateral Due

**YOUR COURT DATE**

Court Address: Yosemite Magistrate, Yosemite Valley, YNP, U.S. District Court
Date: TBA
Time: TBA

(Defendant Signature)

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on JULY 06, 2019 while exercising my duties as a law enforcement officer in the EASTERN District of CALIFORNIA

WHILE ON PUBLIC LANDS I OBSERVED A WHITE DODGE PICK-UP (CALIF. LICENSE PLATE # 52866N1) PARKED IN A CAMP WITH EXPIRED REGISTRATION TABS DATED MAY 2019. I IDENTIFIED THE OWNER AS MARTIN BY HIS CALIFORNIA DRIVERS LICENSE.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/13/19
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident